# Court of Appeals
# of the State of Georgia

ATLANTA, November 19, 2021

*The Court of Appeals hereby passes the following order:*

**A22A0395. TONY THOMPSON v. STATE BOARD OF PARDONS AND PAROLES.**

On August 26, 2021, the superior court entered an order dismissing Tony Thompson's petition for mandamus relief. Thompson then filed both an application for discretionary appeal and a notice of appeal from the order. We denied Thompson's discretionary application on the merits. See Case No. A22D0060 (Oct. 13, 2021). This is the direct appeal.

This Court's denial of Thompson's discretionary application constitutes a decision on the merits. See *Elrod v. Sunflower Meadows Dev., LLC*, 322 Ga. App. 666, 670 (4) (745 SE2d 846) (2013) ("[W]hen this Court examines a request for a discretionary appeal, it acts in an error-correcting mode such that a denial of the application is on the merits, and the order denying the application is res judicata with respect to the substance of the requested review.") (punctuation omitted). Thus, Thompson's direct appeal from the same order is barred. See *Northwest Social & Civic Club v. Franklin*, 276 Ga. 859, 860 (583 SE2d 858) (2003); *Hook v. Bergen*,

286 Ga. App. 258, 261 (1) (649 SE2d 313) (2007). This direct appeal is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta, 11/19/2021*

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*